by writ of habeas corpus. See Jackson v. State, 71 Fla. 342; 29 C. J. 41 et seq.

SPECIALTY SHOP, INC., a Corporation, *Plaintiff in Error*, vs. SEWARD INVESTMENT COMPANY, a Corporation, *Defendant in Error*.

Special Division B.

Decision filed March 25, 1931.

*Blackwell, Donnell & Moore,* for Plaintiff in Error; *James R. Roads,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the order granting a new trial herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court granting a new trial, be, and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.

ANDREW C. PALERMO, Trustee, *Appellant,* vs. J. F. ZIMMERMAN, et als., *Appellees*.

Division B.

Decision filed March 25, 1931.

*Joseph G. Spicola* and *Harry G. Sabine,* for Appellant; *H. S. Phillips* and *Robert Brodie,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel . for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

S. H. KILGORE and LUCY E. KILGORE, his wife, *Appellants,*
vs. L. G. STEWART, *Appellee.*

Division B.

Decision filed March 25, 1931.

*E. W. & R. C. Davis,* for Appellants;
*J. J. Murray,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.